UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                              Criminal No. 06-cr-07-PB

**Thomas Lance**


**O R D E R**

    The defendant has moved to continue the May 2, 2006 trial in the above case.  Defendant cites the need for additional time to continue plea negotiations and to resolve a pending motion to suppress.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from May 2, 2006 to June 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

```
                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge
```

April 27, 2006

cc: Timothy Harrington, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal